UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x **STIPULATION OF DISCONTINUANCE**
YANKEE GINDOFF, 2:18-cv-02364 (SJF) (AKT)
on behalf of himself and all others
similarly situated,

                              Plaintiff
    -against-

FORSTER & GARBUS LLP

                             Defendant.
---------------------------------------------------x

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a) (1)(A)(ii), Plaintiff stipulates to the dismissal of plaintiff's individual claims with prejudice and dismissal of the claims alleged on behalf of the putative class members without prejudice. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement.

                              Respectfully submitted,

ABRAHAM KLEINMAN

*/s/ Abraham Kleinman*

Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone  (516) 522-2621
Facsimile   (888) 522-1692
E-Mail:     akleinman@kleinmanllc.com

## CERTIFICATE OF SERVICE

I, Abraham Kleinman, hereby certify that on Septemberv 4, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system.

                                                 Abraham Kleinman

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York  11556-0626
(516) 522-2621