UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x **STIPULATION OF DISCONTINUANCE**
YANKEE GINDOFF,                                          2:18-cv-02364 (SJF) (AKT)
on behalf of himself and all others
similarly situated,

                            Plaintiff

-against-

FORSTER & GARBUS LLP

                           Defendant.
----------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 05 2018 ★
LONG ISLAND OFFICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a) (1)(A)(ii), Plaintiff stipulates to the dismissal of plaintiff's individual claims with prejudice and dismissal of the claims alleged on behalf of the putative class members without prejudice. ~~This Court shall retain jurisdiction over~~ the parties for ~~purposes of enforcing the settlement agreement~~.

Respectfully submitted,

ABRAHAM KLEINMAN

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone   (516) 522-2621
Facsimile    (888) 522-1692
E-Mail:       akleinman@kleinmanllc.com

The Clerk of the Court shall close this case. So Ordered.

9/5/18

s/ Sandra J. Feuerstein
U.S.D.J.